PAUL F. DeMEESTER (SBN 148578)
SMITH & DeMEESTER
Attorneys at Law
1766A – 18th Street
San Francisco, California 94107
415.861.5304
415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant STEVEN GARY HANSEN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                No. CR 11-0914 RS

    Plaintiff,

      vs.

STEVEN GARY HANSEN,

    Defendant.
_____/

**STIPULATION REGARDING CONTINUANCE OF SENTENCING**

    Both parties hereby request that the sentencing in the above-cited case, presently scheduled for Tuesday, August 7, 2012, at 2:30 p.m., be continued to Tuesday, September 4, 2012, as both counsel need additional time to prepare for sentencing.

    The parties have conferred with the United States Probation Office as to the feasibility of the requested future date.

1

1 | DATED: July 25, 2012.

2 | Respectfully submitted,

4 | _____/s/_____
PAUL F. DeMEESTER
5 | Attorney for Defendant

7 | _____/s/_____
CYNTHIA M. FREY
8 | Assistant United States Attorney

10 | SO ORDERED,

13 | _____
HONORABLE RICHARD SEEBORG
14 | UNITED STATES DISTRICT JUDGE

2